In the Matter of the Claim of JOSEPH HAMMER, Appellant, v. R. J. M. KNITWEAR et al., Respondents. WORKMEN'S COMPENSATION BOARD, Respondent. — AULISI, J.

Herlihy, J. P., Reynolds, Staley, Jr., and Gabrielli, JJ., concur in memorandum by Aulisi, J.